CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
December 30, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JOSHUA D. VANOVER,** | |
| Plaintiff, | Case No. 7:24CV00600 |
| v. | **OPINION** |
| **NURSE PRACTITIONER CRYSTAL LARGE, ET AL.,** | By Judge James P. Jones |
| Defendants. | |

Plaintiff, Joshua D. Vanover, proceeding pro se filed this civil rights complaint with a co-plaintiff, pursuant to 42 U.S.C. §1983. The plaintiffs claim that the nurse practitioner at a local jail would not prescribe suboxone as treatment for those who struggle with substance addictions. The court notified Vanover that the case would be severed into two cases, one for each plaintiff who consented to pay the filing fee of $350. That Order, ECF No. 2, advised that a failure to notify the court of the plaintiff's current mailing address would result in dismissal of his claims without prejudice.

By Order entered November 2, 2024, the court directed the Clerk to attempt service of process on the defendants. The copy of that service order that the Clerk mailed to Vanover, directed to the address that he had provided, was returned as undeliverable, with no forwarding address. It is self-evident that the court must have

a reliable address by which to communicate with the plaintiff about the case. Accordingly, I will dismiss this action without prejudice.

An appropriate Final Order will issue herewith.

ENTER: December 30, 2024

/s/ JAMES P. JONES
Senior United States District Judge